## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MILTON ANTONIO BELLOSO,

        Plaintiff,

v.                                                    Case No:  6:17-cv-2020-Orl-40GJK

ASPLUNDH TREE EXPERT, CO. and
ASPLUNDH TREE EXPERT, LLC,

        Defendants.

_____/

## <u>ORDER</u>

This cause is before the Court on Plaintiffs' Amended Deposition Designation for Ronnie Collins (Doc. 161), Defendants' Objections to Plaintiffs' Amended Deposition Designations and Counter-Designations (Doc. 162), and Plaintiffs' Objections to Defendants' Counter-Designations. (Doc. 163).

## I.    DEFENDANTS' OBJECTIONS TO PLAINTIFFS' DESIGNATIONS[1]

        51:21–52:1                    Relevance, Argumentative

**Sustained.**

        76:22–77:1                    Relevance, incomplete answer

**Sustained on relevance.**

## II.   PLAINTIFFS' OBJECTIONS TO COUNTER-DESIGNATIONS

        16:22–17:14                   Rule 401–403

**Sustained**

---

[1]    The objections are denoted by the page(s) and line(s) identified by the objecting party. The Court's ruling for each objection is indicated in bold under the designation objected to by Defendants.

72:2–21                           Rule 601–602

**Overruled**

**DONE AND ORDERED** in Orlando, Florida on October 10, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties