UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:17-cv-02020-PGB-GJK

CLASS/COLLECTIVE ACTION

MILTON ANTONIO BELLOSO, individually
and on behalf of all those similarly situated,

       Plaintiffs,

vs.

ASPLUNDH TREE EXPERT, CO. and
ASPLUNDH TREE EXPERT, LLC.,

       Defendants.

_____/

**<u>DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS</u>**

1. Have any of your employers ever failed to pay you overtime for hours that you worked?  If so:

    a) What were the circumstances?

    b) Did you complain?

    c) How was it resolved?

2. Have you or any member of your family ever worked for Asplundh Tree Expert?  If so:

    a) What is the name employee?

    b) What was the job title?

    c) What were the basic job duties and responsibilities?

    d) Was person eligible to receive overtime?

    e) How did employment end?

3.      Have you or any member of your family ever worked for a company that trims trees and brush from around power lines?  If so:

      a)      What is the name of employer?

      b)      What was the name of employee?

      c)      What was the job title?

      d)      What were the basic job duties and responsibilities?

      e)      Was person eligible to receive overtime?

      f)      How did employment end?

4.      Have you ever belonged to a labor or trade unions? If so:

      a)      Name of unions?

      b)      Ever filed a grievance with the union? If so, can you explain circumstances?

5.      Have you ever had a disagreement with management at a current or former employer about pay, hours, or overtime?  If so:

      a) explain circumstance?

      b) did you complain?

      c) how was it resolved?

6.      Do you, or does someone close to you, have current or prior experience and/or training in any of the following: If so, explain.

      a) personnel/human resources

      b) employee rules/policies/manuals

      c) employment law or related filed

      d) accounting/payroll?

7.      Do any of you own your own business?

8.      Are any of you self-employed?

9.      Are any of you employed in the payroll department for the company by whom you are employed?

10.     Do you have familiarity with overtime laws?  If so, what is your understanding of overtime requirements?

11.     Do any of you employ employees for your business?

12.     For those of you who have employees, are these employees hourly?

13.     As part of your business, do you require your employees to keep timesheets of their hours?

14.     How do you require your employees to let you know the hours they worked?  Do they submit their hours daily?  Weekly?  Do you use a time clock for an employee to punch into to work?

15.     Have you ever had an employee claim that he or she worked more hours than you believed they actually worked?   If so, what backup did you require in order to verify the hours claimed matched the hours worked?

16.     The defendant in this case is a company, do you tend to sympathize with the individual worker versus the company? If so, explain.

17.     Do you view a large corporation with distrust? If so, explain.

18.     If a company has been previously sued by another employee for the same issues in this case, would you think that the company is liable in this case simply because it has previously been sued? If so, explain.

19.     Do you believe that large companies put making profits over paying employee

correctly? If so, explain.

20.    Do you believe that just because the plaintiffs have filed a lawsuit that they must be entitled to recover something from the company? If so, explain.

21.    In this case plaintiffs have the burden of proving that they worked overtime and were not paid for such overtime hours worked.  The company, in turn, must prove that plaintiffs were not entitled to be paid some or all of the overtime due to an exception in the law – meaning the company may not be liable for some or all of the overtime.  The company, however, thinks that plaintiffs are also overstating the amount of overtime hours they claim were not paid.  The company, thus, will have to contest both liability and the amount of overtime worked that plaintiffs allege were not paid.  Do you believe that if the company's attorneys argue that plaintiffs are overstating their overtimes hour worked and unpaid— for example that plaintiffs only worked two hours overtime versus 20 hours of overtime— that the company is conceding liability, that the company is not exempt from paying overtime?

22.    Have you ever sat on a jury before?  If so:

    a)    Was the action civil or criminal?

    b)    If civil, what was the nature of the action?

    c)    Did you deliberate?

    d)    Did you reach a verdict?

    e)    If so, what was the nature of verdict?

23.    Have you or any member of your family ever been a party to a lawsuit?  If so:

    a)    Were you the party suing or being sued?

    b)    Who was the other party?

    c)    What was the nature of the action? (Overtime? Minimum wage?)

      d)     When did this occur?

      e)     What was the outcome?

      f)     How did you feel about the outcome?

      g)     How did it affect you?

24.     Was there anything about your experience that left you with any positive or negative feeling about the legal profession or the court system?  If so, please explain

25.     Have you ever testified in a trial?  If so, please describe the circumstances, and indicate how you felt about that experience.

26.     What is the highest grade that you completed in school, including any trade or technical school?

27.     Have you received any degree from any college or university?  If so, what was the degree, and what was your major?

28.     Have you attended any college or university from which you did not earn a degree?  If so, please describe.

29.     Are you employed?  If so:

      a)     What is the name of your employer?

      b)     What is your job title?

      c)     What are your basic job duties and responsibilities?

      d)     Are you eligible to receive overtime?

30.     If you are not currently employed, who was your last employer, and when did you leave that position?  How do you currently spend your time?

31.     Have any of your employers ever failed to pay you for hours that you worked?

      a)     What were the circumstances?

#67784954_v2

b)      How was it resolved?

32.      Are you married?  If so, does your spouse work?  If yes:

a)      Is your spouse paid hourly, or salaried?

b)      Has your spouse's employer ever failed to pay for hours that were worked

33.      Do you have any children?  If so, how many, and what are their ages?

34.      Do any of your children work in full-time jobs:  If yes:

a)      Is he or she paid hourly, or salaried?

b)      Has your child's employer ever failed to pay for hours that were worked

35.      Are your parents living?  If so, are they employed?  If yes:

a)      Is he or she paid hourly, or is he or she salaried?

b)      Has his or her employer ever failed to pay for hours that were worked

36.      Have you or any member of your family ever been arrested?  If so,

(a)      What police agency was involved with the arrest?

(b)      What were the circumstances of the arrest?

37.      Have you or has any member of your family, ever been discharged from a job or left a job involuntarily?  If so, please describe the circumstances.

38.      Have you ever been demoted, disciplined or reprimanded on the job?  If so, please describe.

39.      Have you ever filed a grievance or charge of discrimination in connection with your employment?  If so, please describe the circumstances.

40.      Have you been treated unfairly by an employer?  If so, please describe the circumstances.

41.      Have you heard of or do you have any knowledge of the facts or events in this

case?  If so, please describe.

42.    Do you have or have you ever had any friends or family members who are, or have been, employees of a law enforcement agency, correction/detention agency, or court system? If yes, explain.

43.    What newspapers and/or magazines do you read?

44.    What television shows do you watch on a regular basis?

45.    What is your regular source of news and current events?

46.    What internet websites, blogs or social media sites do you regularly read or follow?

47.    Do you know any of the parties, witnesses or attorneys in this case? If yes, explain.

48.    Do you know any of the fellow jurors in this case? If yes, explain.

49.    Do you hold any strong personal beliefs or opinions that would make it difficult for you to decide this matter fairly and impartially based only on the evidence presented and the law? If yes, explain.

50.    Is there anyone who did not raise their hand in response to a previous question but now that you have heard more about case realize that perhaps you should have answered yes to a prior question? If so, explain.

*/s/ Luis J. Gonzalez*
Ben W. Subin, Esq.
Florida Bar No. 982776
David E. Cannella, Esq.
Florida Bar No. 983837
Luis J. Gonzalez, Esq.
Florida Bar No. 055881
ben.subin@hklaw.com
david.cannella@hklaw.com
luis.gonzalez@hklaw.com

HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Ste 2600
Orlando, FL 32802-1526
(407) 425-8500
Trial Counsel for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2019, I electronically filed the foregoing document with the clerk of the Court using CM/ECF, which will serve the document on all counsel of record: Scott C. Adams, Esquire, Labar & Adams, P.A., 2300 East Concord Street, Orlando, Florida 32803, sadams@labaradams.com and N, Ryan Labar, Esquire, Labar & Adams, P.A., 2300 East Concord Street, Orlando, Florida 32803, rlabar@labaradams.com.

*/s/ Luis J. Gonzalez*