**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MILTON ANTONIO BELLOSO,

        Plaintiff,

v.                                          Case No:  6:17-cv-2020-Orl-40GJK

ASPLUNDH TREE EXPERT, CO. and
ASPLUNDH TREE EXPERT, LLC,

        Defendants.
_____/

## ORDER

This cause comes before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 226 (the "**Motion**")), filed on February 18, 2020. The United States Magistrate Judge has submitted a Report recommending that the Motion be granted and the settlement approved.

After an independent *de novo* review of the record in this matter, and noting that the parties have filed a Joint Notice of No Objections (Doc. 228), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 3, 2020 (Doc. 227), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 226) is **GRANTED**.

3. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on March 5, 2020.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties